No. 41. PAINTERS DISTRICT COUNCIL No. 14 OF CHICAGO ET AL. *v.* UNITED STATES.

Argued October 26, 1931. Decided November 2, 1931. *Per Curiam:* Decree affirmed. *Duplex Printing Press Co.* v. *Deering,* 254 U. S. 443; *United States* v. *Brims,* 272 U. S. 549; *Bedford Cut Stone Co.* v. *Journeymen Stone Cutters' Assn.,* 274 U. S. 37. *Mr. Wm. E. Rodriguez* for appellants. *Assistant to the Attorney General O'Brian,* with whom *Solicitor General Thacher* and *Mr. Charles H. Weston* were on the brief, for the United States.

No. 59. UNITED STATES *v.* CAMPBELL. Argued October 28, 1931. Decided November 2, 1931. *Per Curiam:* Judgment reversed. Section 309, World War Veterans' Act, as amended by the Act of July 2, 1926, c. 723, 44 Stat. 790, 800 (U. S. C. App., Title 38, § 516 b); *United States* v. *Worley,* 281 U. S. 339; *Jackson* v. *United States,* 281 U. S. 344. *Assistant Attorney General St. Lewis,* with whom *Solicitor General Thacher* and *Messrs. W. Clifton Stone* and *Paul D. Miller* were on the brief, for the United States. *Mr. David F. Lee* for respondent.